Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave
Wichita Falls TX  76301
(940)-723-0099
(940)-723-0096 Fax

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | § | CASE NO.09-70646-HDH-13 |
|---|---|---|
| Jerry Lynn Hutson | § | |
| and | § | CHAPTER 13 |
| Sheila Marie Hutson | § | |
| Debtor(s) | § | |
| | § | |

MOTION TO WAIVE WAGE DIRECTIVE

NOW COMES, Jerry Lynn Hutson and Sheila Marie Hutson, in the above-styled and numbered cause, and file this Motion to Waive Wage Directive on behalf of Debtor(s), and in support thereof would respectfully show unto the Court as follows:

1. Debtor(s) filed a Chapter 13 Bankruptcy on 12/22/2009.

2. Debtor(s) are asking the Court to waive the requirement of payroll deduction for their Chapter 13 payment. Debtor works in a funeral home in a small town, and feels that his position would be at risk if a wage directive was ordered. Joint Debtor is disabled and does not work.

WHEREFORE, Debtor(s) Jerry Lynn Hutson and Sheila Marie Hutson, pray that the Motion to Waive Wage Directive filed on Behalf of Debtor(s) be granted and for such other and further relief to which said Debtor(s) may be entitled, either at law or in equity.

Respectfully submitted,

/s/Monte J. White,
SBN 00785232
Attorney for debtor(s)

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on January 4, 2010 the office of the Chapter 13 Trustee was contacted and this office was advised that the Trustee

☑     does not oppose or support the motion

s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

    I, Monte J. White, do hereby certify that I served a true and correct copy of the foregoing Motion to all parties in interest by ECF and/or regular mail on January 5, 2010.

                                                                     s/Monte J. White
                                                                   Attorney for Debtor

```
Label Matrix for local noticing          1100 Commerce Street              American Express
0539-7                                    Room 1254                         CO Becket and Lee
Case 09-70646-hdh13                       Dallas, TX 75242-1305             PO Box 3001
Northern District of Texas                                                  Malvern, PA 19355-0701
Wichita Falls
Mon Jan  4 15:02:31 CST 2010

Collection                                IRS Special Procedures            Monte J. White & Associates
Attn: Bankrutpcy Department               1100 Commerce St., Room 951       1106 Brook Ave
PO Box 10587                              Mail Stop 5029 DAL                Wichita Falls TX 76301-5009
Greenville, SC 29603-0587                 Dallas, TX 75242-1001


North Texas Rehabilitation Center         United Regional                   Waggoner National Bank
1005 Midwestern Parkway                   1600 8th Street                   PO Box 2271
Wichita Falls, TX 76302-2211              Wichita Falls, TX 76301-3108      Vernon, TX 76385-2271



Wilbarger CAD                             Wilbarger County                  Wilbarger General Hospital
2808 Wilbarger Street                     Chris L Quisenberry RTA, Tax Assessor   PO Box 132769
PO Box 1519                               1700 Wilbarger St. Rm 17          Tyler, TX 75713-2769
Vernon, TX 76385-1519                     P.O. Box 1984
                                          Vernon, Texas 76385-1984


Jerry Lynn Hutson                         Monte J. White                    Sheila Marie Hutson
10414 CR 134W                             Monte J. White & Associates, P.C. 10414 CR 134W
Vernon, TX 76384-8723                     1106 Brook Avenue                 Vernon, TX 76384-8723
                                          Hamilton Place
                                          Wichita Falls, TX 76301-5009


UST U.S. Trustee                          Walter 12,13 OCheskey             End of Label Matrix
1100 Commerce Street                      6308 Iola Avenue                  Mailable recipients    16
Room 976                                  Lubbock, TX 79424-2735            Bypassed recipients     0
Dallas, TX 75242-1011                                                       Total                  16
```